# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bea, Carlos T. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>06/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street, Suite 205
San Francisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | ▒▒▒▒▒▒▒▒ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. | 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | San Francisco Judges' Retirement | $103,465.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 01/28/17 | Simi Valley, California | Moderate panel | Travel and food |
| 2. | Appellate Judical Attorneys Institute | 04/05/17 | Sacramento | Moderate panel | Travel and food |
| 3. | Federalist Society | 11/16-18/17 | Washington D.C. | Moderate panel | Travel, hotel and food |
| 4. | | 12/12/17 | Pasadena, CA | Members meeting | Travel and food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓▓▓▓. | G | Distribution | O | W | | | | | See Note 1, Part VIII |
| 2. Banco Santander | A | Interest | K | T | | | | | See Note 2, Part VIII |
| 3. Trees (Spain) | | None | N | W | | | | | See Note 3, Part VIII |
| 4. UBS Money Fund, Inc. Deposit A/C | A | Interest | P2 | T | | | | | |
| 5. Dodge & Cox Stock Fund | B | Dividend | K | T | | | | | |
| 6. Ishares Core High Dividend | D | Dividend | N | T | | | | | |
| 7. California St Gen Oblig 5%, due 04/01/20 | B | Interest | K | T | | | | | |
| 8. California St Pub Works, 5%, Due 04/01/20 | C | Interest | L | T | | | | | |
| 9. Cupertino Cal 5%, Due 08/01/20 | B | Interest | K | T | | | | | |
| 10. East Baay Ca Mud Water 4%, Due 06/01/21 | A | Interest | K | T | | | | | |
| 11. San Ramon Valley Cal 4%, Due 08/01/21 | B | Interest | L | T | | | | | |
| 12. California Pub Works 5%, Due 10/01/21 | B | Interest | K | T | | | | | |
| 13. State of California 5%, Due 10/01/21 | B | Interest | K | T | | | | | |
| 14. Los Angeles CA 5%, Due 06/01/22 | B | Interest | L | T | | | | | |
| 15. Napa Valley Ca 4%, Due 08/01/22 | A | Interest | K | T | | | | | |
| 16. Huntington Beach CA 5%, Due 08/01/22 | B | Interest | K | T | | | | | |
| 17. California St Pub Works 5%, Due 03/01/23 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. San Francisco CA 5%, Due 06/15/23 | B | Interest | K | T | | | | | |
| 19. Huntington Beach CA 5%, Due 08/01/23 | B | Interest | L | T | | | | | |
| 20. Los Angeles CA 5%, Due 07/01/24 | B | Interest | L | T | | | | | |
| 21. Santa Clara CA 5%, Due 08/01/24 | B | Interest | K | T | | | | | |
| 22. California Infrastructure 5%, Due 10/01/24 | B | Interest | K | T | | | | | |
| 23. Los Angeles CA 5%, Due 07/01/25 | B | Interest | K | T | | | | | |
| 24. Pacific Grove CA 5%, Due 08/01/25 | B | Interest | K | T | | | | | |
| 25. Ukiah CA 4%, Due 08/01/25 | B | Interest | L | T | | | | | |
| 26. University of CA, 5%, Due 05/15/26 | B | Interest | L | T | | | | | |
| 27. Bay Area Water Supply, 5%, Due 10/01/26 | C | Interest | L | T | | | | | |
| 28. San Mateo CA 5%, Due 06/01/27 | C | Interest | M | T | | | | | |
| 29. Alameda County CA 5.250%, Due 12/01/27 | C | Interest | L | T | | | | | |
| 30. California St 5%, Due 08/01/28 | B | Interest | K | T | | | | | |
| 31. Bakersfield 5% Due 09/15/28 | B | Interest | K | T | | | | | |
| 32. California St 5%, Due 11/01/28 | B | Interest | K | T | | | | | |
| 33. Los Angeles CA 5%, Due 08/01/29 | A | Interest | K | T | | | | | |
| 34. Napa Valley 5%, Due 08/01/29 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State of California 5.25%, Due 10/01/29 | B | Interest | K | T | | | | | |
| 36. Northern Ca Pwr 5%, Due 07/01/30` | A | Interest | K | T | | | | | |
| 37. Franklin Global Bond Fund | D | Dividend | O | T | | | | | |
| 38. Franklin CA High Yield Muni | E | Dividend | N | T | | | | | |
| 39. Adobe Systems | | None | K | T | Buy | 07/21/17 | K | | |
| 40. Akamai Tech | | None | K | T | Buy | 07/21/17 | K | | |
| 41. Alexion Phar | | None | K | T | Buy | 07/21/17 | K | | |
| 42. Alphabet Inc CL A | | None | K | T | Sold (part) | 07/21/17 | J | A | |
| 43. Alphabet Inc CL C | | None | K | T | Buy | 07/21/17 | K | | |
| 44. Altria Group | C | Dividend | M | T | Buy (add'l) | 01/24/17 | K | | |
| 45. Apple Inc | B | Dividend | L | T | Sold (part) | 07/21/17 | L | E | |
| 46. Amazon.com | | None | L | T | Buy | 07/21/17 | L | | |
| 47. American Express | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 48. Anheuser Busch | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 49. Berkshire Hathaway | | None | K | T | Sold (part) | 07/21/17 | M | E | |
| 50. Blackrock Inc | B | Dividend | L | T | Sold (part) | 08/18/17 | J | A | |
| 51. British American Tobacco | | None | | | Buy | 07/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/28/17 | K | A | |
| 53. Biogen | | None | K | T | Buy (add'l) | 07/21/17 | K | | |
| 54. CA Inc | B | Dividend | L | T | | | | | |
| 55. Carinval Corp | B | Dividend | L | T | | | | | |
| 56. Celgene | | None | K | T | Buy | 10/27/17 | K | | |
| 57. Chevron Corp | B | Dividend | L | T | | | | | |
| 58. Chipotle Mexican | | None | J | T | Buy | 08/03/17 | J | | |
| 59. Cinn Financial Corp | B | Dividend | L | T | | | | | |
| 60. Cisco Systems | B | Dividend | L | T | | | | | |
| 61. Crown Castle Int'l | B | Dividend | L | T | Buy | 09/08/17 | L | | |
| 62. Coca Cola Co | B | Dividend | L | T | Sold (part) | 08/28/17 | J | C | |
| 63. Cognizant Tech | | None | | | Sold | 07/21/17 | K | C | |
| 64. Comcast | A | Dividend | | | Buy | 07/21/17 | J | | |
| 65. | | | K | T | Sold (part) | 08/09/17 | J | A | |
| 66. Core Laboratories | A | Dividend | | | Sold | 07/21/17 | K | A | |
| 67. Costco Whoesale | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 68. CVS Healthcare | A | Dividend | K | T | Buy | 07/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dentsply Sirona | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 70. Diageo PLC | B | Dividend | L | T | | | | | |
| 71. Dominion Resources | B | Dividend | K | T | | | | | |
| 72. Duke Energy Corp | B | Dividend | K | T | | | | | |
| 73. EBAY | | None | J | T | Buy | 07/21/17 | J | | |
| 74. Ecolab Inc | A | Dividend | J | T | Buy | 07/21/17 | K | | |
| 75. Edwards Life Science | | None | | | Buy | 03/06/17 | K | | |
| 76. | | | | | Sold | 07/21/17 | K | D | |
| 77. Express Scripts | | None | | | Sold | 03/03/17 | K | A | |
| 78. Facebook Inc | | None | K | T | Buy | 07/21/17 | K | | |
| 79. Fastnal | | None | | | Sold | 07/21/17 | L | A | |
| 80. General Dynamics | B | Dividend | M | T | | | | | |
| 81. General Electric | C | Dividend | K | T | Sold (part) | 08/28/17 | K | D | |
| 82. General Mills | B | Dividend | L | T | | | | | |
| 83. Grainger WW | A | Dividend | K | T | Buy | 07/21/17 | J | | |
| 84. H&R Block | B | Dividend | | | Sold | 03/02/17 | K | A | |
| 85. Hasbro Inc | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Home Depot | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 87. Honeywell Int'l | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 88. Intel Corp | B | Dividend | L | T | | | | | |
| 89. Johnson & Johnson | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 90. Kinder Morgan | B | Dividend | K | T | | | | | |
| 91. Kraft Heinz Co | B | Dividend | | | Sold | 07/21/17 | K | D | |
| 92. LKQ Corp | | None | | | Sold | 01/26/17 | K | C | |
| 93. Lilly Ely & Co | B | Dividend | L | T | | | | | |
| 94. Lowes Companies | B | Dividend | K | T | | | | | |
| 95. MC Cormick & Co | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 96. Mead Johnson Nutrition | A | Dividend | | | Sold | 02/02/17 | K | B | |
| 97. Merck & Co | B | Dividend | L | T | | | | | |
| 98. Microsoft Corp | B | Dividend | K | T | Buy (add'l) | 07/21/17 | K | | |
| 99. Monsanto | | None | | | Buy | 07/21/17 | J | | |
| 100. | | | K | T | Sold (part) | 11/17/17 | J | A | |
| 101. Mosaic Co | B | Dividend | | | Sold | 08/28/17 | K | A | |
| 102. Nasdaq | | None | | | Buy | 07/21/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/07/17 | K | A | |
| 104. Newmarket Corp | A | Dividend | L | T | | | | | |
| 105. Norfolk Southern | B | Dividend | L | T | | | | | |
| 106. Oracle Corp | | None | K | T | Buy | 12/08/17 | K | | |
| 107. Palo Alto Network | | None | K | T | Buy | 07/21/17 | K | | |
| 108. Paypal Holdings | | None | K | T | Sold (part) | 12/08/17 | L | E | |
| 109. Paychex Inc | B | Dividend | L | T | | | | | |
| 110. Pfizer Inc | B | Dividend | L | T | | | | | |
| 111. Philip Morris | B | Dividend | K | T | Buy | 03/02/17 | K | | |
| 112. Pioneer Natural Resources | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 113. Praxair Inc | A | Dividend | J | T | Buy | 11/09/17 | J | | |
| 114. Priceline Group Inc | | None | | | Sold | 05/02/17 | L | E | |
| 115. Qualcomm Inc | B | Dividend | | | Sold | 07/04/17 | K | A | |
| 116. Red Hat | | None | K | T | Buy | 07/21/17 | K | | |
| 117. Regeneron Phar | | None | K | T | Buy | 07/21/17 | K | | |
| 118. Reynolds American Inc | B | Dividend | | | Sold | 07/25/17 | M | A | |
| 119. Rockwell Colins | A | Dividend | | | Buy | 07/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/13/17 | J | B | |
| 121. Ross Stores | A | Dividend | | | Sold | 07/21/17 | K | A | |
| 122. Schlumberger Ltd | B | Dividend | L | T | Sold (part) | 07/21/17 | K | A | |
| 123. Schwab, Charles | A | Dividend | K | T | Sold (part) | 07/21/17 | K | D | |
| 124. Splunk Inc | | None | K | T | Buy | 07/21/17 | J | | |
| 125. Texas Instruments | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 126. Thermo Fisher | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 127. 21st Century Fox | A | Dividend | | | Buy | 07/21/17 | K | | |
| 128. | | | | | Sold | 12/19/17 | K | C | |
| 129. Target Corp | B | Dividend | L | T | Buy | 04/26/17 | L | | |
| 130. TJX Cos | A | Dividend | | | Sold | 07/21/17 | K | A | |
| 131. Tractor Supply | A | Dividend | | | Buy (add'l) | 03/06/17 | K | | |
| 132. | | | | | Sold | 07/21/17 | K | A | |
| 133. Treehouse Foods | | None | | | Sold | 07/21/17 | K | A | |
| 134. UPS | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 135. United Healgroup | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 136. Verisk Analytics | | None | | | Buy | 01/06/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 07/21/17 | K | D | |
| 138. Verizon Communications | B | Dividend | L | T | | | | | |
| 139. Visa Inc | A | Dividend | L | T | Sold (part) | 07/21/17 | K | D | |
| 140. VM Ware | | None | J | T | Buy | 07/21/17 | J | | |
| 141. | | | | | Sold (part) | 08/09/17 | J | A | |
| 142. Walt Disney Co | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 143. Wells Fargo & Co | C | Dividend | L | T | | | | | |
| 144. Xilink | | None | | | Buy | 07/21/17 | J | | |
| 145. | | | | | Sold | 09/07/17 | J | A | |
| 146. Yum China | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 147. Zoetis Inc | A | Dividend | K | T | Buy | 07/21/17 | K | | |
| 148. IRA Traditional: UBS Bank Deposit | A | Interest | L | T | | | | | |
| 149. IRA Traditional: UBS Bank Deposit | A | Interest | L | T | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 06/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Assessed value of ████████████████ . was determined by the Los Angeles County Assessor's Appeal Board.

Note 2: Banco Santander (Spain) has been open for a number of years with minimal amounts.

Note 3: Trees (Spain) located on family land (acquired 1959).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544